IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAROLD L. DORTCH, #298361, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE No. 2:22-cv-472-ECM |
| | ) | |
| DR. KIDD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On November 23, 2022, the Magistrate Judge entered a Recommendation (doc. 23) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and the Motion for Preliminary Injunction (doc. 1) is DENIED as moot.  It is further

ORDERED that this case is referred back to the Magistrate Judge for further proceedings.

Done this 4th day of January, 2023.

　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE